UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN P. HUNTER, et al.,
for themselves and class members,   Case No. 1:13-CV-1338

       Plaintiffs,   HON. ROBERT J. JONKER

v.

MARY JANE M. ELLIOTT, P.C., et al.,

       Defendants.
_____/

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs John P. Hunter and Brian Hudson, individually and as representatives of a settlement class of similarly situated persons, move this Court for final approval of the class action settlement with defendants Mary Jane M. Elliott, P.C., Portfolio Recovery Associates, LLC, and LVNV Funding LLC, which the Court preliminarily approved on December 2, 2016. As stated in the brief filed in support of this motion, timely notice has been mailed to all class members as directed in the Court's Order of Preliminary Approval, no person has served class counsel with an objection to the settlement, twenty persons have opted out of the settlement, and the settlement is fair, reasonable, and adequate, and provides substantial benefit to the class.

Dated: April 21, 2017
                                          /s/ Phillip C. Rogers
                                          Phillip C. Rogers (P34356)
                                          Attorney for Plaintiffs
                                          6140 28th Street, S.E., Suite 115
                                          Grand Rapids, Michigan 49546
                                          (616) 776-1176
                                          ConsumerLawyer@aol.com

2

Dated: April 21, 2017                                                            /s/ Michael O. Nelson
                                                                                 Michael O. Nelson (P23546)
                                                                                 Attorney for Plaintiffs
                                                                                 1104 Fuller N.E.
                                                                                 Grand Rapids, Michigan 49503
                                                                                 (616) 559-2665
                                                                                 mike@mnelsonlaw.com